UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN -6 PM 3:59

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| JUDY WOODRUFF fub TENNESSEE FARMERS INSURANCE COMPANIES, | ) ) ) | |
| Plaintiff | ) ) | |
| vs. | ) ) | Case No. 04-2924 MI/P |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant | ) | |

ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED ANSWER

Upon the unopposed motion of the defendant for leave to file an amended answer to add an affirmative defense and for good cause shown, IT IS

ORDERED that the defendant is given leave to file an amended answer to the complaint within 10 days of the entry of this order.

TU M. PHAM
U.S. MAGISTRATE

DATED: June 6, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:04-CV-02924 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Nicholas J. Owens
OWENS LAW FIRM
214 Adams Ave.
Memphis, TN 38103

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Tu Pham
US DISTRICT COURT