IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 JUN 20 PM 2:53

_____ DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

JUDY WOODRUFF, )
 )
    Plaintiff, )
 )
vs. )  Civ. No. 04-2924-P
 )
UNITED STATES OF AMERICA, )
 )
    Defendant. )
 )

ORDER SETTING TRIAL

The parties have consented to proceed before the magistrate judge.  Therefore, the Court has set the following dates:

1. The final pre-trial order shall be filed, with a courtesy copy delivered to chambers, by Friday, January 13, 2006.

2. The pre-trial conference is set for Friday, January 20, 2006 at 10:00 a.m.

3. Non-Jury trial is set for Tuesday, January 31, 2006 at 09:30 a.m.

IT IS SO ORDERED.

/s/ Tu Pham
TU M. PHAM
United States Magistrate Judge

June 20, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-21-05

(14)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02924 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Nicholas J. Owens
OWENS LAW FIRM
214 Adams Ave.
Memphis, TN 38103

Honorable Tu Pham
US DISTRICT COURT